# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE FRANCIS KENNEDY, <br><br> APPELLANT <br><br> v. <br><br> ANGELA PIMENTEL, <br><br> APPELLEE | CASE NO. 1:16-CV-1620 AWI <br><br> ORDER CLOSING CASE AS MOOT |

Appellant initiated an appeal from an order of the bankruptcy court on October 27, 2016. The appeal was initially sent to the district court instead of the bankruptcy appellate panel. However, the appellant did not elect to have the appeal heard by the district court. See Doc. 1. The mistake was caught by the bankruptcy clerk's office which sent the appeal to the bankruptcy appellate panel; the bankruptcy appellate panel has ruled on the appeal. See E.D. Cal. Bankr. Case No 15-10039, Doc. 135. The district court clerk's office is directed to close the case.

IT IS SO ORDERED.

Dated: __September 14, 2017__     _____
                                    SENIOR DISTRICT JUDGE